**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Ernest Tillett, )<br><br>        Plaintiff, )<br> )<br>v. )<br> )<br>Steven J. Fink & Associates, P.C., )<br> )<br>        Defendant. )<br> )<br> ) | Case No. 1:17-cv-01232<br><br>Judge Milton I. Shadur<br><br>Magistrate Judge: Sheila Finnegan |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Defendant Steven J. Fink & Associates, P.C., ("Defendant"), by and through its undersigned counsel, hereby notifies the Court that Plaintiff and Defendant have resolved all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. Defendant anticipates that the settlement will be completely finalized within the next 30 days. Therefore, Defendant requests that this honorable Court vacate all dates and deadlines currently set on the court's calendar.

Respectfully submitted,

Steven J. Fink & Associates, P.C.,

Defendant

*s/Brandon S. Stein*
David M. Schultz
Brandon S. Stein
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Tel: 312-704-3000
E-mail: dschultz@hinshawlaw.com
E-mail: bstein@hinshawlaw.com

300203629v1 0998375

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2017, I electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois Eastern Division, the foregoing **Notice of Settlement** by using the CM/ECF system, which will send notification of such filing(s) to all parties of record.

/s/ Brandon S. Stein
Brandon S. Stein

300203629v1 0998375